## HABIB J. GASTON *v.* COMMISSIONER OF CORRECTION

The petitioner Habib J. Gaston's petition for certification for appeal from the Appellate Court, 132 Conn. App. 902 (AC 32214), is denied.

*Justine F. Miller*, assigned counsel, in support of the petition.

*Timothy F. Costello*, assistant state's attorney, in opposition.

Decided January 5, 2012

## WIACEK FARMS, LLC *v.* CITY OF SHELTON ET AL.

The defendant Mark A. Lauretti's petition for certification for appeal from the Appellate Court, 132 Conn. App. 163 (AC 32260), is denied.

*Jon Berk* and *Dana B. Lee*, in support of the petition.

Decided January 5, 2012

## JASON MANN *v.* COMMISSIONER OF CORRECTION

The petitioner Jason Mann's petition for certification for appeal from the Appellate Court, 132 Conn. App. 904 (AC 32287), is denied.

*Deren Manasevit*, assigned counsel, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 5, 2012